IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:  15-cv-01605-RBJ | Date: January 6, 2016 |
| Courtroom Deputy:  Kathleen Finney | Court Reporter:  Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| CAITO FOODS SERVICE, INC.<br>**Plaintiff** | *Mark Amendola (by telephone)* |
| v. | |
| THE LANES CONSULTING FIRM, LLC,<br>d/b/a Rocco's Produce, and<br>JACOB HOWES<br>**Defendants** | *No appearance* |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session:  9:03 a.m.

Telephone appearance of plaintiff's counsel.  No appearance of defendants.

Now pending before the court is the **Plaintiff's Motion for Default Judgment Against Defendant The Lanes Consulting Firm, LLC d/b/a Rocco's Produce with Incorporated Memorandum in Support** [#18] filed October 26, 2105.

**ORDERED:** That the **Plaintiff's Motion for Default Judgment Against Defendant The Lanes Consulting Firm, LLC d/b/a Rocco's Produce with Incorporated Memorandum in Support** [#18] is **GRANTED**.

Plaintiff requests 14 days to file an application for attorneys' fees and costs.

**ORDERED:** That the plaintiff's oral request is **granted**.  The plaintiff has 14 days to file an application for attorneys' fees and costs.  The application should indicate that the defendant has a right to an evidentiary hearing on request.

The court will issue an order on motion [#18] as soon as practicable.

Court in Recess:  9:12 a.m.         Hearing concluded.         Total time in Court:    00:09